IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | |
| vs | CRIMINAL 11-0448CCC |
| JUAN SANCHEZ-SANCHEZ, a/k/a Carlos J. Severino-Severino, a/k/a Carlitos, a/k/a Juan Sánchez, a/k/a Delio Adames, a/k/a Delio Antonio Adames, a/k/a Juan J. Severino, a/k/a Juan Sánchez-Severino, a/k/a Claudio Severino, a/k/a Juan Antonio Elio-Adames | |
| Defendant | |

## ORDER

Having considered the Report and Recommendation filed on February 29, 2012 (**docket entry 24**) on a Rule 11 proceeding of defendant Juan Sánchez-Sánchez held before U.S. Magistrate Judge Marcos E. López on February 22, 2012, to which no opposition has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant Sánchez-Sánchez is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since February 22, 2012.  The **sentencing hearing is set for May 22, 2012 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on March 21, 2012.


S/CARMEN CONSUELO CEREZO
United States District Judge